[No. 43497-7-I. Division One. July 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE RANKIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04109-5, Sharon S. Armstrong, J., entered September 25, 1998. *Remanded* by unpublished per curiam opinion.

[No. 43932-4-I. Division One. July 10, 2000.]

VAUGHAN REALE, ET AL., *Appellants*, v. ERNST & YOUNG, LLP, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-05378-0, Larry Jordan, J., entered December 1, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Coleman, J.

[No. 45072-7-I. Division One. July 10, 2000.]

GAIL A. ESTES, *Appellant*, v. ENTERPRISE RENT-A-CAR COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-15717-8, Jeanette R. Burrage, J., entered August 6, 1999. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.

[No. 42942-6-I. Division One. July 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK C. TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04638-4, Laura Inveen, J., entered May 19, 1998. *Affirmed* by unpublished per curiam opinion.